**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-1256**

MICHAEL HODGES,

        Plaintiff - Appellant,

    v.

KIARA HARRIS,

        Defendant - Appellee,

    and

ASHLEY K. TUNNER, Judge; J. BELL, Agent DCSE; PATRICIA R. BATLEY, Court Clerk,

        Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  David J. Novak, District Judge.  (3:19-cv-00955-DJN)

Submitted:  August 25, 2020                Decided:  August 27, 2020

Before KING and AGEE, Circuit Judges, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Michael Hodges, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Hodges appeals the district court's orders dismissing without prejudice his complaint as frivolous and/or for failure to state a claim.[*] We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Hodges v. Harris*, No. 3:19-cv-00955-DJN (E.D. Va. Feb. 6, 2020 & Feb. 25, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

[*] Although the district court dismissed the complaint without prejudice, we have jurisdiction over this appeal. *See Bing v. Brivo Sys., LLC*, 959 F.3d 605, 611 (4th Cir. 2020).